Michael J. **FEROLA**

v.

Donald O. **ELLERTHORPE, et al.**

No. 84–310–M.P.

Supreme Court of Rhode Island.

Feb. 28, 1985.

Michael J. Ferola, pro se.

Arlene Violet, Atty. Gen., Providence, for respondent.

### ORDER

The petition for writ of habeas corpus is denied, without prejudice, however, to petitioner's filing an application for post-conviction relief in the Superior Court. The motions for private counsel and for oral argument, as prayed, are denied pro forma.

MURRAY, J., did not participate.